GEORGE G. WEICKHARDT (SBN 58586)
DEVIN C. COURTEAU (SBN 197505)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA TICZON,

    Plaintiff,

v.

CHASE BANK USA, N.A.; DOES 1 THROUGH 10,

    Defendants.

CASE NO. CV 08 2640

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS (LOCAL C. R. 3-16)**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Chase Bank USA, N.A. – Defendant in this action.
2. CMC Holding Delaware, Inc. – Wholly owns Chase Bank USA, N.A.
3. J.P. Morgan Equity Holding, Inc. – Wholly owns CMC Holding Delaware, Inc.
4. JPMorgan Chase & Co. – Wholly owns J.P. Morgan Equity Holding, Inc. No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock.

RC1/5125250.1/SC7

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS (LOCAL C. R. 3-16)

5. Maria Ticzon – Plaintiff in this action.

Dated: May 27, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
GEORGE G. WEICKHARDT
Attorneys for Defendant
CHASE BANK USA, N.A.