

GEORGE G. WEICKHARDT (SBN 58586)
DEVIN C. COURTEAU (SBN 197505)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:    (415) 543-4800
Facsimile:    (415) 972-6301
Email:    gweickhardt@rmkb.com

E-filing

FILED
08 MAY 27 PM 1: 51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Defendant
CHASE BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV  08  2640

PJH

MARIA TICZON,

            Plaintiff,

v.

CHASE BANK USA, N.A.; DOES 1
THROUGH 10,

            Defendants.

CASE NO.

**PROOF OF SERVICE**

///
///
///
///
///
///
///
///
///
///
///
///

ORIGINAL

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

VIA FAX

RCI/5126151.1/WK1

1  **CASE NAME:**    *Ticzon v. Chase Bank USA, N.A., et al.*

2  **ACTION NO.:**

3                      **PROOF OF SERVICE**

4  1. At the time of service I was over 18 years of age and not a party to this action.

5  2. My business address is 201 Spear Street, Suite 1000, San Francisco, CA 94105.

6  3. On May 27, 2008, I served the following documents:

7    **CIVIL COVER SHEET**

8    **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441(b)**

9    **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

10  4. I served the documents on the persons at the address below (along with their fax numbers
   and/or email addresses if service was by fax or email):

11

12  *Attorneys for plaintiff*
   Irving L. Berg
   The Berg Law Group

13  145 Town Center, PMB 493
   Corte Madera, CA 94925

14  Tel: (415) 924-0742
   Fax: (415) 891-8208

15  E-mail: irvberg@comcast.net

16  5. I served the documents by the following means:

17       a. ☒ By United States mail: I enclosed the documents in a sealed envelope or package
   addressed to the persons at the addresses specified in item 4 and placed the envelope for

18  collection and mailing, following our ordinary business practices. I am readily familiar with this
   business's practice for collecting and processing correspondence for mailing. On the same day

19  that correspondence is placed for collection and mailing, it is deposited in the ordinary course of
   business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

20

21       b. ☐ By overnight delivery: I enclosed the documents in an envelope or package
   provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4.
   I placed the envelope or package for collection and overnight delivery at an office or a regularly

22  utilized drop box of the overnight delivery carrier.

23       I declare under penalty of perjury under the laws of the United States that the foregoing is
   true and correct.

24

25  Date:  May 27, 2008

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco