1  GEORGE G. WEICKHARDT (SBN 58586)
   DEVIN C. COURTEAU (SBN 197505)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   201 Spear Street, Suite 1000
3  San Francisco, CA  94105
   Telephone:     (415) 543-4800
4  Facsimile:     (415) 972-6301
   Email:         gweickhardt@rmkb.com
5
   Attorneys for Defendant
6  CHASE BANK USA, N.A.

7                       UNITED STATES DISTRICT COURT

8                       NORTHERN DISTRICT OF CALIFORNIA

9

10 | MARIA TICZON,                          | CASE NO.
11 |              Plaintiff,                 | **PROOF OF SERVICE**
12 | v.                                      |
13 | CHASE BANK USA, N.A.; DOES 1 THROUGH 10,|
14 |              Defendants.                |

16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

RC1/5126151.1/WK1

| | |
|---|---|
| CASE NAME: | *Ticzon v. Chase Bank USA, N.A., et al.* |
| ACTION NO.: | C 08-02640 PJH |

**PROOF OF SERVICE**

1. At the time of service I was over 18 years of age and not a party to this action.

2. My business address is 201 Spear Street, Suite 1000, San Francisco, CA 94105.

3. On May 29, 2008, I served the following documents:

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINES**

**THE HON. PHYLLIS J. HAMILTON'S STANDING ORDER RE REMOVED CASES**

**STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA**

**NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

**U.S. DISTRICT COURT OF NORTHERN CALIFORNIA – ECF REGISTRATION INFORMATION HANDOUT**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

*Attorneys for plaintiff*
Irving L. Berg
The Berg Law Group
145 Town Center, PMB 493
Corte Madera, CA 94925
Tel: (415) 924-0742
Fax: (415) 891-8208
E-mail: irvberg@comcast.net

5. I served the documents by the following means:

   a. ☒ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   b. ☐ By overnight delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Ropers Majeski Kohn & Bentley
*A Professional Corporation*
San Francisco

| | |
|---|---|
| 1 | |
| 2 | Date:  May 29, 2008          /s/ Wendy Krog |

Date:  May 29, 2008          /s/ Wendy Krog

RC1/5126151.1/WK1                      - 3 -                      PROOF OF SERVICE