GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:    (415) 543-4800
Facsimile:    (415) 972-6301
Email:        gweickhardt@rmkb.com
              wkrog@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A.

IRVING L. BERG (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA 94925
Telephone:    (415) 924-0742
Facsimile:    (415) 891-8208
Email:        irvberg@comcast.net

Attorneys for Plaintiff
MARIA TICZON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARIA TICZON, | CASE NO. C 08-02640 PJH |
|---|---|
| Plaintiff, | **STIPULATION FOR EXTENSION OF INITIAL CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT DEADLINES** |
| v. | |
| CHASE BANK USA, N.A.; DOES 1 THROUGH 10, | **Original Date:** 9/4/08 at 2:30 p.m. |
| Defendants. | **Proposed Date:** 10/2/08 at 2:30 p.m.<br>**Location:** Courtroom 3<br>**Judge:** The Hon. Phyllis J. Hamilton |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff MARIA TICZON and defendant CHASE BANK USA, N.A. IT IS HEREBY STIPULATED that the following case management conference deadlines and date be continued as follows:

RC1/5174100.1/WK1

**STIPULATION FOR EXTENSION OF INITIAL CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT DEADLINES**

| Event | Original Date | Proposed Date |
|---|---|---|
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan | August 14, 2008 | September 11, 2008 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report and file Joint Case Management Statement and Rule 26(f) Report | August 28, 2008 | September 25, 2008 |
| INITIAL CASE MANAGEMENT CONFERENCE, to be held before the Honorable Phyllis J. Hamilton, at 450 Golden Gate Avenue, San Francisco, CA, Courtroom 3, 17th Floor | September 4, 2008; 2:30 p.m. | **October 2, 2008; 2:30 p.m.** |

No previous extensions have been granted. Good cause exists for the extension because this matter was just ordered exempt from plaintiff's bankruptcy petition pending in the United States Bankruptcy Court for the Northern District of California. The parties therefore require additional time to investigate the facts of this matter.

Dated: August 28, 2008                                 ROPERS, MAJESKI, KOHN & BENTLEY

By:/s/ Wendy Krog
GEORGE G. WEICKHARDT
WENDY C. KROG
Attorneys for Defendant
CHASE BANK USA, N.A.

Dated: August 28, 2008                                 THE BERG LAW GROUP

By:/s/ Irving Berg
IRVING L. BERG
Attorneys for Plaintiff
MARIA TICZON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TICZON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A.; DOES 1 THROUGH 10,<br><br>　　　　　Defendants. | CASE NO. C 08-02640 PJH<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF INITIAL CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT DEADLINES**<br><br>**Original Date:** 9/4/08 at 2:30 p.m.<br><br>**New Date:** 10/2/08 at 2:30 p.m.<br>**Location:** Courtroom 3<br>**Judge:** The Hon. Phyllis J. Hamilton |

The Court having reviewed the parties' stipulation for extension of initial case management conference and case management deadlines, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the following case management conference deadlines and date shall be continued as follows:

| Event | Original Date | Proposed Date |
|---|---|---|
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan | August 14, 2008 | September 11, 2008 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report and file Joint Case Management Statement and Rule 26(f) Report | August 28, 2008 | September 25, 2008 |
| INITIAL CASE MANAGEMENT CONFERENCE, to be held before the Honorable Phyllis J. Hamilton, at 450 Golden Gate Avenue, San Francisco, CA, Courtroom 3, 17th Floor | September 4, 2008; 2:30 p.m. | **October 2, 2008; 2:30 p.m.** |

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

Date: _____

THE HON. PHYLLIS J. HAMILTON
DISTRICT COURT JUDGE

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco