UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TICZON,<br><br>        Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A.; DOES 1 THROUGH 10,<br><br>        Defendants. | CASE NO. C 08-02640 PJH<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF INITIAL CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT DEADLINES**<br><br>**Original Date:** 9/4/08 at 2:30 p.m.<br><br>**New Date:** 10/2/08 at 2:30 p.m.<br>**Location:** Courtroom 3<br>**Judge:** The Hon. Phyllis J. Hamilton |

The Court having reviewed the parties' stipulation for extension of initial case management conference and case management deadlines, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the following case management conference deadlines and date shall be continued as follows:

| Event | Original Date | Proposed Date |
|---|---|---|
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan | August 14, 2008 | September 11, 2008 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report and file Joint Case Management Statement and Rule 26(f) Report | August 28, 2008 | September 25, 2008 |
| INITIAL CASE MANAGEMENT CONFERENCE, to be held before the Honorable Phyllis J. Hamilton, at 450 Golden Gate Avenue, San Francisco, CA, Courtroom 3, 17th Floor | September 4, 2008; 2:30 p.m. | **October 2, 2008; 2:30 p.m.** |

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

1
2   Date: 9/2/08
3
4                                                    
5                                                    THE HON. PHYLLIS J. HAMILTON
6
...
28



RC1/5174105.1/WK1                - 2 -         [PROPOSED] ORDER GRANTING EXTENSION OF
                                                INITIAL CASE MANAGEMENT CONFERENCE AND
                                                CASE MANAGEMENT DEADLINES