| | |
|---|---|
| 1 | Irving L. Berg (SBN 36273) |
| 2 | THE BERG LAW GROUP<br>145 Town Center, PMB 493<br>Corte Madera, California 94925 |
| 3 | (415) 924-0742 |
| 4 | (415) 891-8208 (Fax)<br>irvberg@comcast.net (e-mail) |
| 5 | ATTORNEY FOR PLAINTIFF |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA TICZON, an individual, | | Case No.: C 08-02640 PJH |
| | Plaintiff, | **STIPULATION FOR DISMISSAL** |
| v. | | **WITH PREJUDICE** |
| CHASE BANK, USA, | | |
| | Defendant.      / | |

It is hereby stipulated and agreed by and between the parties that herein action against Defendant be dismissed with prejudice and without costs and attorneys' fees to any party, all costs and attorneys' fees having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

SO STIPULATED:

DATED: September 23, 2008          BY:   /s/
                                         IRVING L. BERG
                                         Attorney for Plaintiff, Maria Ticzon

DATED: September 25, 2008          BY:   /s/
                                         GEORGE G. WEICKHARDT
                                         Ropers Majeski Kohn & Bentley
                                         Attorneys for Defendant, Chase Bank, USA

[SEAL: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

9/26/08